# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2016060454 |
| Date Received: | JAN 05 2016 |
| Date Due: | 2-19-16 |
| Grievance Code: | 608 |
| Investigator ID #: | I1016 |
| Extension Date: | |
| Date Retd to Offender: | FEB 19 2016 |

Offender Name: Garland W. Ballentine III   TDCJ #: 1787826
Unit: Cole Lewis ECB   Housing Assignment: G-203 ECB
Unit where incident occurred: Cole Lewis ECB

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? I've spoke with Hanson-Willis   When? Multiple Times
What was their response? Up to TDCJ & I Need Treatment.
What action was taken? Nothing. Several told me it Cost - but they not going on Record saying it.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The American Association for Study of Liver Diseases and Infectious-Diseases Society of America. "Medical Experts" recommend every-one with HCV Hep C can Benifit from Hep C Treatment, esp with New Drugs. Those of us currently incarcerated are being Denied the Right to effective medical care. I happen to fit criteria for Treatment. Thus Denying me Treatment is medical "Negligence." "Neglect on TDCJ medical Staff" I can prove that I've underwent medical procedures in "2011" Under Impression I was doing EKG, Chest X-ray, 13 vials of blood, almost passed out. Multiple labs - All in vain. Drug Companies Realized drug worked. They bumped up Cost. As long as TDCJ could afford it - We was Recieving Treatment. Now they can't We're being Denied. There's No medical Reason for Refusing care. I'm Requesting this be Remedied. Failure to do so would be Deliberate Indifference to a serious medical Need. Even Mrs Janice L Hanson NP - has Informed me several Times I need treatment, My enzyme levals are too high - That I fit criteria & should've done Rec. Treatment long time ago. I have constant Stomache Pain, Liver is inflammed putting pressure on my lungs, sternum, heart. My I-60 Requesting to get stress test on Heart, to see a Stomache specialist All go ignored. Reckon they Go in Trash - Never being documented - cause they have no answers or Justification for Not getting me Treatment - Facts

JAN 05 2016

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

"Need Step 2"

It comes down to cost, denied the right to effective medical care, — Refer to professional standards, please.

N/A    JAN 05 2016

Action Requested to resolve your Complaint. To Recieve HCV Hep C Treatment, Stomache Specialist, I have a serious medical issue with my liver, stomache.

Offender Signature: Garland W. Butterfield III    Date: 1-5-16

Grievance Response:

Review of your medical record does not support your grievance allegation. According to your medical record you had a Hep C specialty clinic appointment scheduled for DMS on 1/25/16 and you refused the appointment. You have since been re-referred back to Hep C Specialty Clinic to continue treatment. The MSRS appointment screen indicates your next Hep C specialty clinic appointment is late May 2016. You are encouraged to attend all future scheduled Hep C clinic appointments.

Kent Dickerson, Practice Manager

Signature Authority: Kent Dickerson    FEB 19 2016    Date: 2-18-16

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ |

Lie procedure on Refusal is a Refusal Signed = Not here can't be — Show Refusal if So *

Appendix F

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2015012840 |
| Date Received: | SEP 2 2 2014 |
| Date Due: | 9-22-14 |
| Grievance Code: | 1008 |
| Investigator ID #: | I-1016 |
| Extension Date: | |
| Date Retd to Offender: | SEP 30 2014 |

Offender Name: GARLAND W. BALLENTINE II  TDCJ # 1567826
Unit: Gib Lewis H/S ECB  Housing Assignment: K-201
Unit where incident occurred: Gib Lewis H/S

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? I've sent in numerous "I-60's" to Medical  When? 9-15-14
What was their response? I'd be put in to see Dr., due to pain in stomach area,
What action was taken? "NONE" continued issue with stomach pain,

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I've requested to see a stomach "specialist" due to several factors. 1.) I've been telling Dr Hanson & Donahoo both along with liver specialist due to my Hep C, my stomach hurts so bad - it's hard to breath at times, the pain is in center of my lungs - feel it all way to my spine.; 2.) Hanson has continued to give gas pills - "don't work" some other stomach pill - "don't work" 3.) I've been getting light headed just cleaning water up off floor after shower. 4.) My fear is that I have a tumor in my liver or stomach, my stomach tees a knot like right on my diaphragm, which is hard to feel if handcuffed behind my back, anyway denial, I feel I'm not getting adequate medical attention, I am requesting to be physically seen by liver specialist & or stomach Dr. Thanks,

We do not even get lay ins to notify us were to be seen by Dr., so when escorts show up & your lights off or asleep - they UR up - with you having never UR or filled out a refusal.
Is it possible to see a copy of this step once & your response??
The acid coming up - has caused my tongue to turn white, taste buds are messed up, I'm not sure whats going on here people - but somethings not right with all this stuff, I'm no Dr., yet I know my body & I've worked all my life - no way should I be about to pass out dizzy spells etc, just cleaning up water,

SEP 2 2 2014

-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

SEP 2 2 2014

Action Requested to resolve your Complaint. Need to get "MRI" on stomache area or at least given opp to see a specialist in this area

Offender Signature: Garland W. Ballentine Jr       Date: 9-18-14

Grievance Response:

Review of the Medication Compliance Screen does not support your allegation. Medical received a sick call request from you regarding your stomach on 9/12/14, prior to that date the last documented sick call request received from you was on 6/23/14 regarding sore throat and blood work. You were evaluated by nursing from your September sick call request on 09/13/14 and referred to the provider. The medical record reveals you refused to be escorted to medical on 9/16/14. Medical received a sick call regarding your stomach from you on 9/18/14 requesting to be scheduled and you once again refused the appointment scheduled for you. You were evaluated by M. Pickthall on 9/9/14 regarding your HEPC and reported to the specialist that you were "having some relief from stomach discomfort by taking Prilosec". You are within your rights to refuse appointments scheduled for you, however doing so does affect your treatment. You are encouraged to submit a sick call request to be seen if you require further treatment and to keep all appointments scheduled for you.

Signature Authority: Kent Dickerson, Practice Manager       Date: SEP 22 2014

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission       UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission       UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission       UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

I-60 Attached.



**Texas Department of Criminal Justice**

# STEP 2   OFFENDER GRIEVANCE FORM

Offender Name: Garland W. Ballentine II  TDCJ # 1567826
Unit: Gib Lewis HIS   Housing Assignment: K-201 ECB
Unit where incident occurred: Gib Lewis HIS ECB

| OFFICE USE ONLY |
|---|
| Grievance #: 2015012840 |
| UGI Recd Date: OCT 0 7 2014 |
| HQ Recd Date: OCT 1 3 2014 |
| Date Due: 11/21 |
| Grievance Code: 608 |
| Investigator ID#: 782 |
| Extension Date: |

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific).   I am dissatisfied with the response at Step 1 because...

"It's False" It's Forgery of State/Gov. Paper Work. For one I've not refused no treatment, if so provide a refusal with my handwriting, or will ya have one of these corrupt staff just lie again, I reported to Liver Specialist "my stomache hurt bad - she was thinking of doing Ultra Sound but seen I had one done "2 yrs ago." The Prilosec is no longer being given to me, Nurses do "not" give to me - nor do they come to my door - You might want to look into your assumptions or order a blood test to prove I no longer take it, Gib Lewis ECB does not hand out any this, we have no knowledge of such Dr. appointment etc. "They show up & leave" esp. if ya asleep like today 10-4-14 showed up 7:00 in morning - I'd been up all night, having no idea I was due to see a Dr on a Sat. Or sick call etc. waited all week, You people do this stuff on purpose, I'm telling TDCJ, I have a "Tumor" in my stomache area or a hernia high - I need to see a specialist or Dr with some experience or knowledge, Hard to keep appointments - when in fact one has Ø knowledge of said appointments till its to late. "flawed" process & costly, People dieing over here, Livers blowing up, people taking there life, can't get no med. help, no help out of TDCJ, no help on Step 1 or Step 2, I caught Hep C on Ferguson in 2005, yet TDCJ

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

COPY

will NOT even treat it, I just pray it's not led to Tumor now! due to Neglect from y'all? N/A

Offender Signature: _Garland W. Ballantine II_    Date: 10-4-14

**Grievance Response:**

In your Step 1 medical grievance, you stated you have denied medical treatment for stomach and liver pain. You are requesting to see a liver or stomach specialist.

Review of the medical record reveals documentation that supports the response at Step 1. It is within your right to refuse any treatment that is ordered for your, however it is within your best interest to participate in your own treatment plan by attending all scheduled appointments and taking all medications as ordered. All medications, treatments, and referrals are based on the clinical findings of the provider at the time of their assessment. Although you may request to be evaluated, you are not afforded the choice of which provider will see you, it is dependable on which provider is available at your unit of assignment during the time you are seeking evaluation. Documentation in the medical record shows that you have been afforded access to care. You may submit a Sick Call Request if you feel that you condition warrants further evaluation.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

Signature Authority: _____    Date: 12·23·14

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission         CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

2nd Submission            CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

3rd Submission            CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)          COPY          Appendix G

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2016109754
Date Received: MAR 09 2016
Date Due: 4-23-16
Grievance Code: 628
Investigator ID #: I1016
Extension Date: ___
Date Retd to Offender: APR 22 2016

Offender Name: Garland Ballentine    TDCJ #: 1567826
Unit: Coffield Lewis ECB    Housing Assignment: G-203
Unit where incident occurred: Coffield Lewis ECB

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Spoken to Hanson & Willis    When? Multiple Times
What was their response? Hanson told me I needed treatment; fit criteria
What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I want to know who exactly is responsible for denying me Hep C treatment!? Specific Names. I fit criteria my enzyme count is beyond 298 with anything being over a 50 bad. I'm extremely tired all the time, pain in my mid stomache to where I feel a tumor or kist in my stomache people. Not one time have I denied medical treatment. You can't provide me a refusal I signed. That's not true @ all kent Dickerson false. After all I-60's I've put in- grievances- not one time has your medical staff done it's due diligence to come to my door to verify any such refusal etc. Now- you have taken to ignoring my I-60's concerning my Hep C, don't return them nor do I get seen concerning my complaints. Reckless disregard to my health, I've put I-60's in to obtain my medical records to no avail, seeing a CAT scan on my stomache area or to physically see a liver specialist to where they can feel my stomache's the knott I have- that you can't do on no DMS screen I'm chronic care for a reason, I'm telling ya I have a tumor growing in my stomache or liver, need to be seen. MAR 09 2016

N/A

MAR 09 2016

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

MAR 09 2016

Action Requested to resolve your Complaint. To have CAT Scan or See Liver Specialist In person to where They can feel my Liver | Unit 7  MAR 09 2016

Offender Signature: _Garland Butler Africe_  Date: 3-7-16

Grievance Response:

Review of your medical record reflects you are being seen by HEP C specialist and no one is denying you treatment. An email is being sent to the HEP C specialist asking for clarification on the treatment plan. You will receive additional correspondence soon advising of the status of your future treatment plan. Submit a sick call request in the meantime if you need medication for pain or discomfort.

Kent Dickerson, Practice Manager

Signature Authority: _Kent Dickerson_  Date: 4-22-16

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:  *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator ID #: _____
Extension Date: _____
Date Retd to Offender: _____

Offender Name: Garland Ballentine III   TDCJ #: 1567826
Unit: McConnell   Housing Assignment: B-83 12 build
Unit where incident occurred: McConnell 12 Build

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Law Library   When? 2-06-18
What was their response? Write I-60 to C. Moore
What action was taken? None

FEB 07 2018

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On Aug 10, 2017. I had Law Library dude officer I believe named Brady Skrobarcek. "Being 6 months" Huntsville Account Transaction — plus he entered my cell while I was on Rec Yard. He Retrieved my Writ envelope which had my 1983 Complaint, Motion to proceed Informa Pauperis, Motion of Counsel, Medical Records, Medical Grievances and multiple Medical I-60s. To Validate my claims of medical Deliberate Indifference. I've Not Recieved Nothing from Courts such as Civil #... I asked this dude multiple times if he's 100% sure he mailed off my stuff He claimed it takes months to hear back... So I had my Mother Contact Sheryl Pounds Dist Clerk for Tyler County Woodville Tx. Clerk Informs Mom— The Courts Never Recieved Anything From Here in my name. This Means He 1.) Has Obstructed my Access to Courts — Violating my Const. Amend Rights Obstructed my Access to Redress my Grievance to Courts.. By Stealing, Mishandling my 1983 Complaint, Which has my Confidential Medical Records Enclosed. It had correct postage— Never was Returned to Sender. I want the D.A. of B. County Advised A "Crime" of theft and Violation of exposure of medical files has been committed. I do want to press charges!! I've begged to Rec Treatment for Hep C. I have a Serious Medical Need. To have knowledge of such, denie, delay treatment is a deliberate Indifference. To live w/disease daily w/side effects isn't Cruel

---

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

"Denied" Right to file Step 1 — Much less A Step 2. Did file one Tho.

Appendix F

For Hep-C which does cause irreparable harm. That nurse just passed out pamphlet with "Notice" Hep C untreated causes death. "Liver Cancer". Multiable side effects.

FEB 07 2018

FEB 07 2018

**Action Requested to resolve your Complaint.** I'm Able to contact Authority's to report this "Crime". Warden to pull me out concerning Hep C treatment 5 Theft of 1983 —

**Offender Signature:** _David Ballentree_ FEB 07 2018  **Date:** 2-6-18

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☒ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant. Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: C. Cardenas

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY |
|---|
| Initial Submission  UGI Initials: CC |
| Grievance #: 2018083635 |
| Screening Criteria Used: 85,9 #1 |
| Date Recd from Offender: FEB 07 2018 |
| Date Returned to Offender: FEB 07 2018 |
| 2nd Submission  UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |
| 3rd Submission  UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Offender: _____ |
| Date Returned to Offender: _____ |

Appendix F

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2017155882
Date Received: 6-16-17
Date Due: 7-26-17
Grievance Code: 506
Investigator ID #: 4950 2256
Extension Date: ___
Date Retd to Offender: AUG 0 3 2017

Offender Name: Coarland Ballentine   TDCJ #: 1567826   12E46
Unit: McConnell   Housing Assignment: 12-E-46 12E46
Unit where incident occurred: Darrington red chain

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Block Boss & SGT. June 5th 2017   When? 6-5-17
What was their response? I'm only there one night
What action was taken? None.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I went on medical chain 6-5-17, once I got to Darrington unit. I'm housed in D-117 cell. A level 3 block, living next door to a level 3. The cell had no running water what so ever. Law man had to get me water to drink from dude next door to me which cameras will verify. The cell had gas all over it, so I spent the night in a cell with gas all over me, no water to wash with. Burned all night, was refused to be moved. Then to top it off I went all the way to Estelle Unit for nothing. They didn't even examine me or do my oral surgery. I would hate to think I was done like this on purpose, to deter me from going on medical chain in future. I've spoken with several inmates whom to be under same impression. TDCJ allows us to be housed on level 3 - knowing they expose us to gas - burned up cells - that are unclean. All to prevent us from wanting to go on chain. As a tactic. What other explanation was for me to deny go on chain other than to indicate cruel - unusual punishment - that I went thru.??

---

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Tactics used to deter us from wanting to go on med chain.

Appendix F

Action Requested to resolve your Complaint. That McConnell Address Dreamington on Housing Those of us on Med Chan in houses w/ no water & Gas. (have us as level ones)

Offender Signature: Garland Bolton Date: 6-14-17

Grievance Response:

Your grievance was investigated, There was no evidence to substantiate the allegation, maintenance has verified that the cell has running water. No further action

Assistant Warden Jerry Sanchez

Signature Authority: _____ Date: 6-30-17

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language.
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Appendix F



# Texas Department of Criminal Justice

## STEP 2 — OFFENDER GRIEVANCE FORM

NOV 10 2017

**OFFICE USE ONLY**

Grievance #: 2017155882
UGI Recd Date: AUG 08 2017
HQ Recd Date: AUG 14 2017
Date Due: 9-17
Grievance Code: 506
Investigator ID#: 1773
Extension Date: 10-27-17

Offender Name: Copeland Ballentine    TDCJ #: 1567826
Unit: McConnell Unit    Housing Assignment: E-pod 46 cell
Unit where incident occurred: Darrington

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

The camera would validate my claims had he reviewed it. Doesn't surprise me @ all this — surely I have better things to utilize my time doing other than to make stuff up. However — he doesn't even acknowledge housing us next door to diff. custody levels — nor does he address placing one Ins in a cell full of Gas. A use of force took place the day before I was placed in that cell. The cell was never properly decontaminated. They could easily put B-line as a medical transit block by it self. Again I'll allege that, the tactics deployed are in place to deter us from wanting to go on chain for medical needs.

N/A

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

_____
_____
_____
_____

Offender Signature: _[signature]_____ Date: Aug 4th 2017

**Grievance Response:**

Step 1 response appropriate. Please refer to that response. There was no evidence to substantiate your allegations. No further action is warranted.

Signature Authority: _[signed/stamped: STEVE MASSIE ASST. REGIONAL DIRECTOR]_ Date: OCT 1 7 2017

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___Screened  ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___Screened  ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___Screened  ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)                                      Appendix G