

Aug 10, 2017
Bradly ~~Dorochen~~
Skrobarcek



**UTMB-TDCJ MANAGE CARE**
**HEALTH SERVICES ARCHIVE**
**262 FM 3478 STE B**
**HUNTSVILLE, TX 77320-3223**
**FAX (409)294-6692**

**REQUEST FOR RELEASE OF INFORMATION**

INMATE NAME AND TDCJ# Ballentine, G. # 1567826

UNIT OF ASSIGNMENT  ML   DATE REQUESTED 2/16/17

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INMATE TRUST FUND
DATE 2 16 17
PLEASE USE A BUSINESS SIZE ENVELOPE
DO NOT FOLD, STAPLE OR TAPE
Use Black or Dark Blue Ink.

[ ] Transfer within TF
[ ] Outside Purchase
[✓] Other

Unit ML
Inmate Signature X Garland Ballentine
Unit Review

01567826

| 1 | 5 | 8 | 9 | A | B | C | D |

Approving Officer Signature

BALLENTINE    GARLAND    V

1.50   WRITTEN AMOUNT   One dollar + 50/100

Cmc managed care
3001 Emily    Beeville    TX   78102
PAYEE'S ADDRESS: STREET    APT. NO.   CITY    STATE   ZIP
L-0025 (REV 1/12)

Right Thumb Print
GWB

Payment in the amount indicated above has been received and the medical records can be released.

**HEALTH SERVICE ARCHIVES**   **DATE**   **CHECK #**

Rec. July 11, 2017

3 copies
1 - Lie only Rec
1 - Copy of 5
Not even correct
Requested Med Records
I Needed.. Need
"Sonogram" - July 24th 2017
Requested copys from 2010
2017. 3rd Request

# Hepatitis

## What is hepatitis?
When you injure part of your body, it often turns sore, red, and swollen. This is called "inflammation." Hepatitis is inflammation of the liver. Chemicals such as alcohol can cause hepatitis, but so can viruses. The three most common hepatitis viruses are A, B, and C. The most common is Hepatitis A and almost everyone recovers completely from hepatitis A. Hepatitis A is transmitted by contaminated water, food, and poor hand hygiene. Hepatitis B and C can cause chronic liver damage called cirrhosis. Both can also lead to liver failure, liver cancer, and death. Even if you have no symptoms when you first get hepatitis B or C, you may still develop liver failure later.

## What are the symptoms of hepatitis B and C?
You may have no symptoms when you first get hepatitis. This is often the case for hepatitis C and sometimes, for hepatitis B. Symptoms may include:
- Tiredness
- Dark urine
- Nausea, vomiting, or stomach pain
- Loss of appetite
- Light-colored stools
- Yellow skin and eyes; this is called jaundice
- Body Aches
- Flu Like Symptoms
- Rash

## Can I get hepatitis B or C?
Anyone can get hepatitis. You can get hepatitis by…
- Injecting drugs with needles, syringes, or other equipment used by someone with hepatitis.
- Having anal, vaginal, or oral sex with someone with hepatitis. Always using condoms reduces your chance of getting hepatitis.
- Being born to a mother with either hepatitis B or hepatitis C.
- Sharing items that have tiny amounts of blood on them from someone with hepatitis. Such items include razors, tattoo needles, and toothbrushes.
- Contaminated Blood transfusions

Before 1987, some people got hepatitis C from clotting factor for hemophilia. Now clotting factor is checked for hepatitis. Before July 1992, some people got hepatitis C from blood transfusions or organ transplants. Now blood donations and organs for transplant are checked for hepatitis.

Some STDs (sexually transmitted diseases) like syphilis make it easier for you to get hepatitis during sex with an infected partner.

## You cannot get hepatitis B or C…
- By casual contact with someone with hepatitis.
- From sweat, tears, urine, feces, drinking fountains, or toilet seats.
- From insect bites or stings.

## Chronic Conditions Linked to hepatitis
- Liver Cirrhosis
- Liver Cancer
- Chronic Jaundice

## What can I do to avoid and reduce my risk of infection?
No matter where you are
- Do get the hepatitis B vaccine.
- Avoid contact with blood and body fluids
- Don't use recreational drugs. Never share needles. Do get help from a drug treatment program.
- Don't drink alcohol in excess. If you already have hepatitis, don't drink any alcohol.
- Don't share nail clippers, razors, needles, toothbrushes, or other items that could have blood on them.
- If you already have hepatitis B or C, talk to your medical provider about getting the hepatitis A vaccine.

While you are in prison
- Don't have sex
- Don't get tattoos

When you are in the free world
- Don't have multiple sex partners. Do make sure your partners don't have hepatitis. Do **always** use condoms. It's healthiest to have just one monogamous partner
- Make sure any tattoo parlor you use is licensed by the health department

## How do I know if I have hepatitis B or hepatitis C?
You might have hepatitis and still feel healthy. **The only way to know for sure is to be tested.** When your immune system is faced with virus, it tries to protect you by making something called an antibody. Your immune system makes antibodies to hepatitis B and hepatitis C. Antibodies are in your blood. That is why you can have a blood test to see if you have been exposed to any of these viruses. However, it can take some time for your immune system to make antibodies. After being exposed, some people have enough antibodies to detect on a test in 4 to 6 weeks. Other people take close to 3 months to have enough antibodies to detect on a test. Occasionally, it can take as long as 6 months.
**Get tested for hepatitis B and C at least once if you have any risk factors; get retested if you continue to have risk factors.**

## Can I get treated for hepatitis B or hepatitis C?
Hepatitis may be treated if it becomes chronic. Chronic hepatitis is treated with drugs that slow or stop the virus from damaging the liver, but not everyone needs treatment. Talk to a medical provider about whether you need to take medicine. There is a vaccine for hepatitis B, but there is not one for hepatitis C.

## What are the goals of treatment?
Treatment is important to…
- Keep your liver healthy
- Prevent liver failure and cancer

# TAKE CARE

## TREATMENTS FOR HEPATITIS C

**OLD SCHOOL:**
**Interferon** shots plus oral **ribavirin**, often for a full year.

**NEW SCHOOL:**
**Harvoni**, a combination of sofosbuvir and ledipasvir: This is the first FDA-approved, interferon-free treatment for genotype 1, the most common strain of HCV (and formerly the hardest to cure). Harvoni is just one pill a day for only 12 to 24 weeks, and 95% to 100% of patients in research studies were cured.

**Sovaldi** (sofosbuvir) plus **Olysio** (simeprevir): With or without ribavirin for 12 to 24 weeks, they have higher cure rates (and fewer side effects) for HCV genotype 1 than older treatments. People with easier-to-treat genotype 2 can take Sovaldi and ribavirin alone for 12 weeks.

**Viekira Pak** (ombitasvir/paritaprevir/ritonavir; dasabuvir) with ribavirin for 12 to 24 weeks: This med is for people with HCV genotype 1. It doesn't require interferon, and the side effects are usually mild.

**WORKS FOR ME!** "I find it is essential to learn the specific federal and state legal rights for each correctional facility so I can show when they are being violated." —*Jesse Washington, CA*

## Filing a Medical Grievance



If you have HCV and haven't been able to get the new treatments, you have a good basis for a grievance. Because medical experts (the American Association for the Study of Liver Diseases and the Infectious Diseases Society of America) recommend that everyone with active hep C can benefit from treatment with the new drugs, you can clearly claim that denying the treatments is medical neglect. For a strong case, you have to prove that the decision to deny the meds wasn't medical—for instance, that it was based on the high cost of the treatment, a financial decision. You can file a grievance saying something like, "Because there's no medical reason for refusing the care, I request that this be remedied. Failure to do so would be deliberate indifference to a serious medical need."

As with any medical grievance, you must first put the request on paper and get a denial of the request on paper. And if you want your family or someone else outside to back you up with calls or letters to the prison, remember to sign a form to release medical information to them.

## GETTING HEP C MEDS WHEN YOU NEED THEM

Incarcerated people with chronic HCV should be treated, the latest American Association for the Study of Liver Diseases guidelines advise. People in prison have a human right to effective medical care. Some studies show that using the new drugs is cost-effective for prisons, because they cure hep C and prevent more serious liver disease.

But partly because the new drugs are so costly, many prison systems only use the new treatments for people who can't tolerate interferon and also have advanced liver damage. In most prison systems, you must have at least a year left on your sentence to get treatment.

So you may need to advocate for yourself to get the care you need (see "Filing a Medical Grievance," above right). Incarcerated people in several states have already filed class action lawsuits to get needed hepatitis C treatment. (*Prison Legal News* carries updates; see Resources, page 23.)

The Federal Bureau of Prisons and most state systems have HCV treatment guidelines that govern all decisions about care. The same is true for HIV and other conditions. Ask the medical staff or your counselor for your prison's rules and the formulary (list of available drugs) for treating hep C. An outside friend or family member can get them from your state department of corrections (for federal prisons, the Bureau of Prisons).

On the street, many insurance programs only cover people with significant liver scarring (stage 3 or stage 4 fibrosis). If you're nearing release, ask a case manager for information on patient assistance programs and clinical trials that can cover costs. If you are released (or transferred), try to take copies of medical records to avoid repeating tests.

Case 9:18-cv-00119-RC-ZJH   Document 1-2   Filed 06/27/18   Page 4 of 8 PageID #: 28

# TAKE CARE

## Vitamins and Supplements
### WORTH IT—IF YOU CAN GET THEM

No one needs a reminder that prison diets aren't the most nutritious. If the prison you're in allows you to get supplements and vitamins from commissary, an outside vendor or medical (if you have a health condition), here are some worth taking:

- **Multivitamin** – contains the necessary vitamins and minerals. The American Medical Association advises all adults: "take at least one multivitamin pill each day." Some brands don't provide high enough doses, so consider taking two daily (no OD risk at that level). Excess iron can worsen liver problems, so experts suggest a no-iron version if possible (unless the doctor says you're iron deficient).

- **Vitamin B complex** – contains all the B vitamins, which work to fight stress and build energy and brain function. The Public Health Service recommends folic acid for women of child-bearing age—before and during pregnancy—to reduce risk of birth defects.

- **Vitamin C** – helps fight viruses. Best is *ascorbic acid*.

- **Vitamin D3** – Protects bone, muscle, and general health. Dairy products don't contain enough D, but D3 capsules can help. Exposing skin to sunlight (without sunscreen) produces D, so try to get in the sun for an hour and a half to two hours a week if you can.

- **Fish oil** (contains omega-3 fatty acids) – good for heart health. If you have a fish allergy or bleeding disorder, check with a doctor. If you can get capsules, try for those marked "EPA" or "DHA," 1,000 mg daily.

- **Milk thistle** (an herb) – doesn't cure or treat hepatitis C, but may ease symptoms. But be aware of side effects, which can include allergic reactions (for people allergic to ragweed) and lowering blood sugar levels.

If you have a health condition or take any meds, make sure your doctor knows you are taking any of these—they could interact.

—*Bob Lederer, formerly incarcerated*

> **WORKS FOR ME!**
> "Because we had three hunger strikes in the past two years to protest our mistreatment and the lack of attention to our medical needs, we gained a little momentum and now we can receive vitamins in our yearly packages from home, and we can buy multivitamins, Tylenol, Ibuprofen, Halls and Tums in our monthly canteen."
> —*Terrance White, CA*

## BRINGING DOWN THE PRESSURE

I had a big scare when the prison doctor said my blood pressure was really high. I didn't want to take medication, so the doc told me to cut back on caffeine and spices and lose some weight.

I had been working out with weights but I was carrying too much myself—202 pounds on a 5'3" frame. I ditched the spices (except for garlic and oregano, so my food wouldn't be too bland). I took a break from power lifting and went to light weight lifting, yoga, and the treadmill and elliptical machine.

It worked: My blood pressure and weight are down. It can be a struggle in this environment, but my job is to stay healthy and walk out of here when my time expires.

—*Steve Passamante, PA*



**High Blood Pressure** the primary cause of death among Americans older t...

> **WORKS FOR ME!**
> "Especially for older people, take a multivitamin if you can get them. I did and noticed a significant improvement in mental processes and muscle response."
> —*Vinicio Jesus Garcia, TX*

# Hepatitis C Behind Bars
## HOW TO AVOID OR MANAGE HEP C

The majority of people with hepatitis C virus (HCV) are baby boomers (born between 1945 and 1965). About a third of all incarcerated people have HCV. In prison and out, the most common source of infection is shooting drugs—even only once a long time ago.

Testing positive for HCV doesn't automatically mean you will get sick. Some people clear the virus with no treatment. For others, hep C becomes chronic, slowly causing progressive liver damage, including fibrosis and cirrhosis (mild and more serious scarring of the liver) and liver cancer. It can take years before the virus produces symptoms of liver damage—symptoms like abdominal pain, grey-colored stools, dark urine, and jaundice, in which the skin and whites of the eyes turn yellowish.

**HCV IS SPREAD** through blood-to-blood contact, including:

- Sharing razors, toothbrushes, nail or hair clippers or—riskiest of all—needles and rigs. Even rinse water and filters can spread HCV.

- Tattooing: While free-world tat parlors are regulated, with sterilizing equipment and disposable needles, those protections aren't available in most prisons. Bleach (if you can get it) doesn't work. Reused ink can spread HCV too.

**HCV IS NOT SPREAD** through casual contact (sharing food, dishes, eating utensils, cups or glasses, hugging, sharing a cell).



### Test, Treat, Manage Hep C

It's important to be tested for hep C. The American Association for the Study of Liver Diseases recommends testing incarcerated people, so you're backed up by science when you ask for the hep C test.

If you have hep C, the next step is more tests—to see whether you need treatment. A "chem screen" blood test and sometimes a liver biopsy monitor liver function.

**Learning** as much as possible about monitoring and treating hep C empowers you to discuss your care with the doc. For info sources, see Resources, page 22.

**Ways to protect your health:** Exercising, drinking more water and eating less fat can help your liver health. So can avoiding hootch, cigarettes and drugs, including other people's meds.

If you also have HIV, be sure to take your HIV meds to stay healthy and help you manage coinfections like hep C.

Getting hep C treatment? Ask the medical staff for help managing any side effects. Discuss possible drug interactions, especially if you can get the newest HCV meds.

## HEPATITIS C CAN BE CURED

There's no vaccine for HCV, but new treatments now make it possible to cure most cases. Older treatments cure about 50% to 75% of people, using up to a full year of interferon-based treatment, with the severe side effects interferon injections can cause. The new oral treatments work better and are a lot easier to take. Around 90% to 95% of people who can get the new treatments can be cured, most in just 2 to 6 months.

Getting treated—when and with what—depends on a few things. These include the stage of liver damage, HCV genotype (most people in the U.S., especially African Americans, have genotype 1); whether you've already been treated but not cured; and other health conditions you may have. Having both HIV and HCV (called "coinfection") doesn't exclude people from being treated, but it could mean using a different regimen to avoid drug interactions.

The new HCV treatments can work whether or not you have been treated before, and even if you are already developing cirrhosis. Older treatments didn't work well for some African Americans, but the new ones work the same regardless of race. With the new drugs, almost everyone with HCV genotypes 1 or 2 can now be cured without interferon, and researchers are working on better treatments for genotype 3.

For more information, see Resources, hepC/HIV, page 22.

*Thanks to* Prison Health News, *Liz Highleyman and Rich Feffer/hepeducation.org*

*image: Can Stock Photo*

# HIV Basics



*Adapted from* POZ *magazine*

## WHAT IT MEANS

HIV (human immunodeficiency virus) is the virus that causes the disease AIDS, or acquired immunodeficiency syndrome. Both terms share the word immunodeficiency, a mouthful that means the immune system is too weak to work. This explains why having HIV infection threatens your health—it can weaken your body's own natural defense against sickness.

## PEP and PrEP

### NEW HIV PREVENTION TOOLS ON THE STREET

Post-exposure prophylaxis/PEP is a 28-day prescription that can prevent HIV transmission if treatment begins within two or three days after exposure to the virus. Healthcare workers often take PEP when they get a needle stick; it also works if someone is sexually exposed.

Pre-exposure prophylaxis/PrEP is a prescription treatment, taken daily, that protects people from getting HIV before they are exposed to it.

### HOW YOU CAN—AND CANNOT—CONTRACT HIV

HIV is found in semen, vaginal fluids, blood and breast milk. It can enter the body through open cuts, sores or broken skin; through mucous membranes, like those inside the anus or vagina; or through direct injection.

You **CAN** get HIV by having anal or vaginal intercourse without a condom with a partner who is either HIV positive or doesn't know their status.

Oral sex is lower risk, but HIV **CAN** sometimes be spread this way.

You **CAN** get HIV by sharing needles, syringes or other injection equipment with someone who is positive or doesn't know their status.

Babies born to HIV-positive women **CAN** be infected before or during birth, or through breastfeeding after birth.

> **IF YOU OR A FRIEND TEST POSITIVE:**
>
> Never forget: you CAN live a long, healthy life with HIV. Learning about HIV and connecting with other people who have it are the best defense against sickness. For more information, see Resources, page 22.

You **CANNOT** get HIV from kissing, hand jobs, hugs or tears.

You **CANNOT** get HIV by sharing food, utensils, cups or glasses with a positive person, or from a toilet seat (even if it's dirty).

You **CANNOT** get HIV by sharing a cell with a positive person.

You **CANNOT** get HIV from spit, sweat or skin contact.

### WHY IT'S IMPORTANT TO GET TESTED

The longer HIV attacks the immune system, the more you risk developing serious infections and cancers. So it's important to get tested for HIV—and start treatment with HIV meds if you test positive—as soon as possible.

### HIV? Or AIDS?

HIV and AIDS ARE NOT the same. With today's improved drugs, HIV DOES NOT always lead to sickness and AIDS. For people who are HIV positive, the best way to avoid getting AIDS is to treat HIV.

*image: Can Stack Photo*

Scanned by FREEMAN, CASSANDRA in facility SMITH ECB (SM) on 04/06/2011 12:34

1567826 ECB

```
Patient. BALLENTINE, GARLAND  - DOB: 01/27/81
        DOR. 03/07/11 - Room. PRESTON SMITH UNIT
Dr. POWELL, FNP
===========================================================================
HX/CC: ROUTINE

CHEST     :A single frontal view shows a normal heart and clear
lungs. Nothing is seen to imply the effects of granulomatous disease
such as fibronodular stranding or calcified nodes.

IMPRESSION: Normal PA chest...no sign of TB

CPT CODES : 71010, .
ICD9 CODES.

                              K T DOCKRAY, MD DABR ABNM
                              Printed 03/17/11
```

*[signature] 3/31/11*


HEPATITIS
EDUCATION
PROJECT

Garland Ballentine #1567826
Gib Lewis H/S
777 FM 3497
Woodville, TX 75990

Dear Mr. Ballentine,

Thank you for contacting the Hepatitis Education Project. I have enclosed some general information sheets on hepatitis C and treatment options that I hope you find helpful.

In regards to your current treatment options, please know that it is not unusual for people in prison to be unable to receive hepatitis C treatment. There are many reasons for this and it varies from person to person. While we are not lawyers and cannot offer legal advice, we can tell you that there are some ways to keep yourself as healthy as possible if you can't be treated right away:

- Avoid alcohol and other substances
- Maintain a healthy weight
- Get vaccinated against hepatitis A and B, many prisons offer these vaccinations
- Ask your prison healthcare providers if they offer tests to monitor your liver. Many prisons offer blood tests (such as "liver enzyme tests") to see if you have liver damage and how much.

Remember, while it can be frustrating to wait to receive hepatitis C treatment, many people wait years for treatment without negative consequences. It is still important to take good care of your liver (using the suggestions above) until you are able to be treated. It is also important that you continue to see your prison healthcare provider often to monitor your health. If you feel you are being denied medically necessary treatment, please use proper procedures at your facility to get more information.

Should you have other questions, please let us know and we will do our best to help.

Sincerely,
Nicole Kuntz
Hepatitis Education Project