In the United States Dist Court For The Tyler County - Woodville Tx.

Garland Wayne Ballentine III

v.

1) Stephen Bryant. Ass. Warden Colb Lewis
2) Brian Collier   Dir. TDCJ
3) Kenneth Kent Dickerson = Prac. Manager Colb Lewis H-Security.
4) Janice Hanson = Physicians Assistant. Colb Lewis H-Security
5) Monica Pickthall = Liver Specialist University Texas Medical Branch Galveston Tx.
6) Miguel Martinez = Warden McConnell Unit. Now Regional Director.
7) Corey Furr = Assistant Warden McConnell Unit
8) Tanya Lawson = Prac. Manager McConnell Unit.

# 6,7,8 are of B County where Defendant is currently Housed. Beeville Tx.

Summons

Civil Action No: _____

To The Above-Named Defendants:

You are hereby Summoned and Required to Serve Upon Plaintiffs. At McConnell Unit 3001 S. Emily dr. Beeville Tx. 78102. An Answer to The Complaint which is herewith Served upon You, exclusive of The days of Service, or 60 Days if The US. Government or officer there of Is A defendant. If You fail to do So, Judgement By Default Will be Taken Against You for Relief demanded In Complaint.

Clerk of the Court:

_____

Date 6-15-18

Individually and in Their Official Capacities...
Defendants..

To: Tanya Lawson, Sr. Practice Manager.
Re: Medical Grievance Informal Resolution.

I filed A Step 1, which was Returned to me May 12th 2017. I'm notifying you of the following issues.

1) I'm Requesting Hep C Treatment, As I did @ DMS last month.

2) $150 was taken off my books on April 24th for 5 copies of paid procedures I enclosed under false pretenses I would rec Hep C treatment. As of 5-14-17 I've still not Rec Medical copies of records for 1983.

MAY 24 2017

3) Gib Lewis Unit. Reginald A. Wallace, & Kent Dickerson Practice Manager, Are Guilty of Mis-diagnosing me w/ follicultous, which has lead me to sustain physical impairment beyond Repair - Namely Scars to my Head. This is what my Step 1 on this Unit Mcconnell will cover. As I've filled Step 1, Step 2 Medical Grievances Concerning Hep C Treatment. Medical Negligence & Indifference @ its purest form. Thank you. Garland Ballentine
12-C-46
# 1567826

MAY 25 2017

To: C. Moore Law Library

From: Garland W. Ballentine 1567826

On Aug 10, 2016 Around 10:30 AM The male officer white complexion. Came with 6 months Active Trust Fund Transactions to Put in My 1983- Complaint. I sealed it all up. Signed all paperwork.

It's been Almost 4 months- I've Not Rec. No Reply From Courts in Tyler County Woodville TX. Of them Having ever even Rec. My 1983 Complaint In Which Your worker Picked up And has Assured me was sent off!! My Questions is — Is That to be Accurate — How come I've Rec. No Civil # or Acknowledgement Next From Courts Mam ?? Also did 80¢ Withdraw For 8 Copies of Grievances On Medical From Gib Lewis Unit. Still till date have not Recieved. I'd Greatly Appreciate Your Advice And Help in all Said Matters

Contact mailroom and/or the courts for verification of legal mail. "Done"

Withdrawal — waiting for check to clear "Done"

resp mailed 12/5/17 NTT

Sent 5-14-17

To: Tanya Lawson, Sr. Practice Manager.
Re: Medical Grievance Informal Resolution.

I filed a Step 1, which was **Returned** to me May 12th 2017. I'm Notifying you of the following issues.

1) I'm Requesting Hep C Treatment, as I did @ DMS last month.

2) $1.50 was taken off my books on April 24th for 5 copies of new procedures I endured under false pretenses I would Rec. Hep C Treatment. As of 5-14-17 I've still NOT Rec. Medical copies of Records pre 1983.

3) Cobb Davis Unit. Reginald A. Wallace, & Kent Dickerson Practice Mang. Are Guilty of Misdiagnosing me w/ Foliticlitous, which has lead me to Sustain Physical Impairment beyond Repair - Namely Scars to My Head. This is what My Step 1 on this unit McConnell will cover. As I've filled Step 1, Step 2 medical Grievances concerning Hep C Treatment, Medical Negligence & Indifference @ its purest form. Thank you. Garland Ballentine
12-C-46
#1567826

To: Dist Clerk Fed.
104. North Third St.
Lufkin Tx. 75901

Inclosed You will find 2 Copies of 1983 Civil suite. 1- copy To Proceed Informa Pauperss, 1- Copy of Summons. 1- Copy for Appointment of Counsel... I Previously filed And All copies of Step 1- Step 2's were lost- Not Returned. I Je mentioned This in Suite. Requesting Courts To Order TDCJ to Turn Over Medical file + Necc. Grievances.

I Am Housed @ Alfred Hughes Unit In Gatesville Texas Now!! Please- Let me know All was Received And What my Civil # will be. God bless & Thanks..

"Step 2" was Filed- Awaiting New Copies Now.. Entire Suite was stolen By Brandy Schrobeck. Having to Re-get 'em- I Assure Courts- All Remedies were done-

Sincerely..
Mr. Copeland Ballentine #1567826
Alfred Hughes Unit
3201 Fm 929
Gatesville Tx. 76597.