**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| GARLAND WAYNE BALLENTINE, III | § | |
| VS. | § | CIVIL ACTION NO. 9:18cv119 |
| BRIAN COLLIER, ET AL. | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Garland Wayne Ballentine, III, proceeding *pro se*, filed the above-styled civil rights lawsuit against Brian Collier, Stephen Bryant, Robert Kent Dickerson, Janice Hanson and Monica Pickthall. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by the defendants be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections to the Report and Recommendation were filed by the parties.

ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ACCEPTED**. The motion to dismiss is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

So ORDERED and SIGNED, Mar 03, 2021.

Ron Clark
Senior Judge